John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

FILED
2012 OCT -1 PM 3:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIGITECH IMAGE TECHNOLOGIES, LLC,

Plaintiff,

v.

BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC

Defendants.

**CASE NO. SACV12-01669 JVS (MLGx)**

**ORIGINAL COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 6,128,415**

**DEMAND FOR JURY TRIAL**

Complaint Filed: October 1, 2012

COPY
BY FAX

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which DIGITECH IMAGE TECHNOLOGIES, LLC submits this Original Complaint against Defendant named herein, namely BEST BUY CO., INC. D/B/A BEST BUY; BEST BUY STORES, LP; BESTBUY.COM, LLC; (collectively "Defendant"), as follows:

## THE PARTIES

1. DIGITECH IMAGE TECHNOLOGIES, LLC ("DIGITECH" or "Plaintiff") is a California limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

2. On information and belief, BEST BUY CO., INC. D/B/A BEST BUY is a Minnesota corporation with a place of business at Richfield, MN. On information and belief, BEST BUY STORES, LP is a Minnesota corporation with a place of business at Richfield, MN. On information and belief, BESTBUY.COM, LLC is a Minnesota corporation with a place of business at Richfield, MN. Hereinafter, BEST BUY CO., INC. D/B/A BEST BUY, BEST BUY STORES, LP and BESTBUY.COM, LLC are collectively referred to as "BEST BUY."

**JURISDICTION AND VENUE**

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to its substantial business in California, including related to the infringements alleged herein. Further, on information and belief, Defendant has, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendant induces infringement of the patent-in-

suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendant has interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendant regularly conducts and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from goods and services provided to persons and/or entities in California.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Without limitation, on information and belief, Defendant is subject to personal jurisdiction in this district. On information and belief, the Defendant is subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in this district, including related to the infringements alleged herein. Further, on information and belief, Defendant is, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendant induces infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendant has interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendant regularly conducts and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from goods and services provided to persons and/or entities in California.

**COUNT I**

**INFRINGEMENT OF U.S. PATENT NO. 6,128,415**

6. United States Patent No. 6,128,415 ("the '415 patent"), entitled "DEVICE PROFILES FOR USE IN A DIGITAL IMAGE PROCESSING SYSTEM," issued on October 3, 2000.

7. DIGITECH is the present assignee of the entire right, title and interest in and to the '415 patent, including all rights to sue for past and present infringement. Accordingly, DIGITECH has standing to bring this lawsuit for infringement of the '415 patent.

8. The various claims of the '415 patent cover, *inter alia*, a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

9. On information and belief, BEST BUY has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an

image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

10. Moreover, on information and belief, BEST BUY has been and now is indirectly infringing by way of intentionally inducing infringement of the ‘415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting customers and/or users to use the infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the ‘415 patent, at least through becoming aware of this Complaint.

11. Upon present information and belief, BEST BUY’s infringing products comprise at least the following accused products: CANON: EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS 60D, EOS Rebel T1i, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G1 X, PowerShot G12, PowerShot SX40 HS, PowerShot PowerShot SD1400 IS, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 500 HS, PowerShot ELPH 320 HS, PowerShot ELPH 310 HS, PowerShot ELPH 110 HS, PowerShot ELPH 100 HS, PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A3300 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A2200, PowerShot A1300, PowerShot A810 and PowerShot A495; NIKON: Nikon 1 J1, Nikon 1 V1, D4, D800, D7000, D3100, D3200, D700, D300S,

D90, D5100, COOLPIX P310, COOLPIX S30, COOLPIX L810, COOLPIX AW100, COOLPIX S4300, COOLPIX L26, COOLPIX P510, COOLPIX P7100, COOLPIX S8200, COOLPIX S1200pj, COOLPIX S9300, COOLPIX S6300, COOLPIX S3300, COOLPIX S6200 and COOLPIX S4100; SONY: alpha NEX-7, alpha NEX-5N, alpha NEX-C3, alpha NEX-F3, alpha a77, alpha a65, alpha a57, Cyber-shot HX200V, Cyber-shot W650, Cyber-shot TX20, Cyber-shot HX10V, Cyber-shot H90, Cyber-shot WX150, Cyber-shot W690, Cyber-shot W620, Cyber-shot W610 and Cyber-shot WX50; OLYMPUS: VR-350, VR-340, VG-160, VR-330, VR-320, VR-310, Tough TG-1 iHS, Tough TG-820 iHS, Tough TG-320, Tough TG-810, Tough TG-610, Tough TG-310, SP-620UZ, SZ-12, SP-810UZ, SP-610UZ, XZ-1, E-P3, E-PL3, E-PM1, E-PL2, E-PL1, E-P2 and E-5; PENTAX: OPTIO WG-2, OPTIO VS20, K-01, Q, K-30 and K-5; LEICA: V-LUX 3; FUJIFILM: FinePix X-S1, FinePix X10, FinePix X100, FinePix X-Pro1, FinePix W3 3D, FinePix S4200, FinePix S4500, FinePix SL300, FinePix HS25EXR, FinePix HS30EXR, FinePix F660EXR, FinePix F750EXR, FinePix F770EXR, FinePix Z90, FinePix XP20, FinePix XP30, FinePix XP50, FinePix XP100, FinePix XP150, FinePix T200, FinePix T350, FinePix T400, FinePix JX500, FinePix JX580, FinePix JZ100, FinePix JZ250, FinePix JX350, FinePix AX550 and FinePix AX300; GE: J1470S, A1456W, C1433, J1456W, E1410SW, E1450W, X500 and G100; VIVITAR: ViviCam T027, ViviCam X029,

ViviCam X327, ViviCam X018, ViviCam 7022, ViviCam 8025, ViviCam 8018, ViviCam 8400, ViviCam 5118 and ViviCam V25.

12. BEST BUY is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

13. As a result of Defendant's infringing conduct, Defendant has damaged DIGITECH. Defendant is liable to DIGITECH in an amount that adequately compensates DIGITECH for their infringement, which, by law, can be no less than a reasonable royalty.

14. DIGITECH will take discovery relative to Defendant's pre-suit knowledge of the '415 patent at the appropriate time. Upon information and belief, Defendant's infringement of the '415 patent since receiving notice of the patent, at a minimum by virtue of this lawsuit, would necessarily be willful and objectively reckless at least due to the fact that the Defendant's infringement is clear and there is no known good faith basis to assert invalidity.

## PRAYER FOR RELIEF

WHEREFORE, DIGITECH respectfully requests that this Court enter:

1. A judgment in favor of DIGITECH that Defendant has infringed, directly and/or indirectly, the '415 patent;

2. A judgment that the Defendant's infringement is and/or has been willful and objectively reckless;

3. A permanent injunction enjoining Defendant, and its officers, directors, employees, agents, affiliates and all others acting in active concert therewith from infringing the '415 patent;

4. A judgment and order requiring Defendant to pay DIGITECH its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '415 patent as provided under 28 U.S.C. § 284;

5. An award to DIGITECH for enhanced damages as provided under 35 U.S.C. § 284;

6. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to DIGITECH its reasonable attorneys' fees;

7. Any and all other relief to which DIGITECH may show itself to be entitled.

**DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: October 1, 2012

Respectfully submitted,

COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC

John J. Edmonds – LEAD COUNSEL
State Bar No. 274200

Attorney for Plaintiff
DIGITECH IMAGE TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

I (a) PLAINTIFFS (Check box if you are representing yourself ☐)
DIGITECH IMAGE TECHNOLOGIES, LLC

DEFENDANTS
BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
JOHN J. EDMONDS, COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC, 1851 EAST FIRST STREET, SUITE 900, SANTA ANA, CA 92705, TELEPHONE: (951) 708-1237

Attorneys (If Known)

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT: JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☑ No ☐ MONEY DEMANDED IN COMPLAINT: $

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement 35 U.S.C. § 271

VII. NATURE OF SUIT (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

COPY BY FAX

FOR OFFICE USE ONLY: Case Number: SACV12-01669 JVS (MLGx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): SACV12-01153 ODW(MRWx)

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 8:12-cv-001153-MLG; SEE ATTACHMENT

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PLAINTIFF (ORANGE COUNTY) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | BEST BUY CO., INC. (MINNESOTA)<br>BEST BUY STORES, LP (MINNESOTA)<br>BESTBUY.COM, LLC (MINNESOTA) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** 10-1-2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?**

1. DIGITECH IMAGE TECHNOLOGIES v. ELECTRONIC FOR IMAGING, ET AL., (Case No. SACV 23-01324-JVS-RNB
2. DIGITECH IMAGE TECHNOLOGIES, LLC v. B&H FOTO & ELECTRONICS CORP. (Civil Action No. TBD)
3. DIGITECH IMAGE TECHNOLOGIES, LLC v. BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC (Civil Action No. TBD)
4. DIGITECH IMAGE TECHNOLOGIES, LLC v. BUY.COM INC. (Civil Action No. TBD)
5. DIGITECH IMAGE TECHNOLOGIES, LLC v. CANON INC.; CANON U.S.A., INC. (Civil Action No. TBD)
6. DIGITECH IMAGE TECHNOLOGIES, LLC v. CASIO COMPUTER CO., LTD.; CASIO AMERICA, INC. (Civil Action No. TBD)
7. DIGITECH IMAGE TECHNOLOGIES, LLC v. CDW LLC (Civil Action No. TBD)
8. DIGITECH IMAGE TECHNOLOGIES, LLC v. FUJIFILM CORPORATION; FUJIFILM HOLDINGS CORPORATION; FUJIFILM HOLDINGS AMERICA CORPORATION (Civil Action No. TBD)
9. DIGITECH IMAGE TECHNOLOGIES, LLC v. GENERAL IMAGING COMPANY (Civil Action No. TBD)
10. DIGITECH IMAGE TECHNOLOGIES, LLC v. VICTOR HASSELBLAD AB; HASSELBLAD USA INC. (Civil Action No. TBD)
11. DIGITECH IMAGE TECHNOLOGIES, LLC v. LEICA CAMERA AG; LEICA CAMERA INC. (Civil Action No. TBD)
12. DIGITECH IMAGE TECHNOLOGIES, LLC v. MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING LTD. D/B/A MAMIYALEAF; MAMIYA AMERICA CORPORATION (Civil Action No. TBD)
13. DIGITECH IMAGE TECHNOLOGIES, LLC v. MICRO ELECTRONICS, INC. D/B/A MICRO CENTER (Civil Action No. TBD)
14. DIGITECH IMAGE TECHNOLOGIES, LLC v. NEWEGG, INC.; NEWEGG.COM, INC. (Civil Action No. TBD)
15. DIGITECH IMAGE TECHNOLOGIES, LLC v. NIKON CORPORATION; NIKON INC.; NIKON AMERICAS, INC. (Civil Action No. TBD)
16. DIGITECH IMAGE TECHNOLOGIES, LLC v. OLYMPUS CORPORATION; OLYMPUS IMAGING AMERICA INC. (Civil Action No. TBD)

17. DIGITECH IMAGE TECHNOLOGIES, LLC v. OVERSTOCK.COM, INC. (Civil Action No. TBD)
18. DIGITECH IMAGE TECHNOLOGIES, LLC v. PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA (Civil Action No. TBD)
19. DIGITECH IMAGE TECHNOLOGIES, LLC v. PENTAX RICOH IMAGING CO., LTD.; PENTAX RICOH IMAGING AMERICAS CORPORATION; RICOH COMPANY, LTD.; RICOH AMERICAS CORPORATION (Civil Action No. TBD)
20. DIGITECH IMAGE TECHNOLOGIES, LLC v. SAKAR INTERNATIONAL, INC. D/B/A VIVITAR (Civil Action No. TBD)
21. DIGITECH IMAGE TECHNOLOGIES, LLC v. SIGMA CORPORATION; SIGMA CORPORATION OF AMERICA (Civil Action No. TBD)
22. DIGITECH IMAGE TECHNOLOGIES, LLC v. SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC. (Civil Action No. TBD)
23. DIGITECH IMAGE TECHNOLOGIES, LLC v. TARGET CORPORATION (Civil Action No. TBD)

Name & Address:
JOHN J. EDMONDS (STATE BAR NO. 274200)
COLLINS, EDMONDS, POGORZELSKI,
SCHLATER & TOWER, PLLC
1851 EAST FIRST STREET, SUITE 900
SANTA ANA, CA 92705

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC<br>PLAINTIFF(S)<br>v. | CASE NUMBER<br>**SACV12-01669 JVS (MLGx)** |
| BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC<br>DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, John J. Edmonds, whose address is 1851 East First Street, Suite 900, Santa Ana, California 92705. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: October 1, 2012

By: ______________
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
JOHN J. EDMONDS (STATE BAR NO. 274200)
COLLINS, EDMONDS, POGORZELSKI,
SCHLATER & TOWER, PLLC
1851 EAST FIRST STREET, SUITE 900
SANTA ANA, CA 92705

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC<br>PLAINTIFF(S)<br>v. | CASE NUMBER<br>**SACV12-01669 JVS (MLGx)** |
| BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC<br>DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ __________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, John J. Edmonds, whose address is 1851 East First Street, Suite 900, Santa Ana, California 92705. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: October 1, 2012

By: N. Boehme
Deputy Clerk

*(Seal of the Court)*

1146

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*