NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

John J. Edmonds (State Bar No. 274200)
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

ATTORNEYS FOR: DIGITECH IMAGE TECHNOLOGIES, LLC

FILED
2012 OCT -1 PM 3:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DIGITECH IMAGE TECHNOLOGIES, LLC., | CASE NUMBER |
|---|---|
| Plaintiff(s), | **SACV12-01669 JVS (MLGx)** |
| v. | |
| BEST BUY CO., INC., BEST BUY STORES, LP; BESTBUY.COM, LLC | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s). | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for DIGITECH IMAGE TECHNOLOGIES, LLC (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| DIGITECH IMAGE TECHNOLOGIES, LLC | PLAINTIFF |
| BEST BUY CO., INC. | DEFENDANT |
| BEST BUY STORES, LP | DEFENDANT |
| BESTBUY.COM, LLC | DEFENDANT |



_____          _____
Date                          Sign

_____
Attorney of record for or party appearing in pro per

CV-30 (04/10)          NOTICE OF INTERESTED PARTIES



COPY BY FAX