Michael A. Geibelson, SBN: 179970
MAGeibelson@rkmc.com
Wesley W. Lew, SBN: 222351
WWLew@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:  310-229-5800

Christopher K. Larus, *Pro Hac Vice Pending*
CKLarus@rkmc.com
Bryan J. Mechell, *Pro Hac Vice Pending*
BJMechell@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile:  612-339-4181

**Attorneys for Defendant**
***BEST BUY CO., INC., BEST BUY STORES,
L.P., AND BESTBUY.COM, LLC***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY CO., INC., BEST BUY STORES, L.P., and BESTBUY.COM, LLC<br><br>Defendants.. | Case No.<br>SA CV 12-01669- ODW(MRWx)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC PURSUANT TO FED. R. CIV. P. 7.1**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Honorable Otis D. Wright II<br>Complaint Served: October 9, 2012 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Best Buy Co., Inc. (improperly named as a party), Best Buy Stores, L.P., and BestBuy.com, LLC (collectively, "Best Buy") discloses the following:

(1)  Defendant BestBuy.com, LLC is a Virginia limited liability company with one member, Best Buy Stores, L.P.

(2)  Defendant Best Buy Stores, L.P. is a Virginia limited partnership, with one general partner, BBC Property Co., and one limited partner, BBC Investment Co., both of which are wholly owned subsidiaries of Best Buy Co., Inc., a publicly traded company.

(3)  Best Buy Co., Inc. has no parent corporation, and no publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock.

DATED: October 30, 2012         Respectfully submitted,

*/s/     Michael A. Geibelson*
Michael A. Geibelson
Wesley W. Lew
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Christopher K. Larus, *Pro Hac Vice Pending*
Bryan J. Mechell, *Pro Hac Vice Pending*
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

**Attorneys for Defendants**
***BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC***

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document, **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC PURSUANT TO FED. R. CIV. P. 7.1; DEMAND FOR JURY TRIAL** was filed electronically on October 30, 2012 with the Clerk of the Court for the U.S. District, Central District of California pursuant to Local Rule 5-4.1 and served on all counsel who have consented to the electronic service. Any other counsel of record will be served by first-class mail on this same date.

DATED: October 30, 2012        */s/     Michael A. Geibelson*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BEST BUY CO., INC., et al.
PURSUANT TO FED. R. CIV. P. 7.1**