1  Michael A. Geibelson, SBN: 179970
   MAGeibelson@rkmc.com
2  Wesley W. Lew, SBN: 222351
   WWLew@rkmc.com
3  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East
4  Suite 3400
   Los Angeles, CA  90067-3208
5  Telephone:  310-552-0130
   Facsimile:  310-229-5800
6
7  Christopher K. Larus, *Pro Hac Vice*
   CKLarus@rkmc.com
8  Bryan J. Mechell, *Pro Hac Vice*
   BJMechell@rkmc.com
9  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN 55402-2015
11 Telephone:  612-349-8500
   Facsimile:  612-339-4181
12
   **Attorneys for Defendant**
13 *BEST BUY CO., INC., BEST BUY STORES,*
   *L.P., AND BESTBUY.COM, LLC*
14
15
16             UNITED STATES DISTRICT COURT
17            CENTRAL DISTRICT OF CALIFORNIA
18                   WESTERN DIVISION
19

| | |
|---|---|
| DIGITECH IMAGE<br>TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BEST BUY CO., INC., BEST BUY<br>STORES, L.P., and BESTBUY.COM,<br>LLC<br><br>        Defendant. | Case No.<br>SA CV 12-01669-ODW(MRWx)<br><br>**DEFENDANT BEST BUY'S**<br>**NOTICE OF MOTION AND**<br>**MOTION TO STAY**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date:  January 28, 2013<br>Hearing Time:  1:30 p.m.<br>Location:  Courtroom 11, Spring Street |

83575662.2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on January 28, 2013 at 1:30 p.m., or as soon as thereafter as the matter may be heard, in Courtroom 11 of the United States District Court for the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012, the Honorable Otis D. Wright presiding, Defendant Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC (collectively, "Best Buy") will and hereby does move the Court for an order to stay this case in its entirety or stay discovery with respect to Best Buy until the completion of invalidity and non-infringement discovery.

This motion is based on this Notice of Motion, the accompanying memorandum of points and authorities, and the supporting Declaration of Marie Grable filed herewith. This motion is brought because Best Buy, as a retailer, is only peripheral or secondary to Digitech's case against the digital camera manufacturers. Best Buy is not familiar with the detailed technical workings of the accused cameras. Best Buy does not have possession, custody, or control of the technical documents and information needed to defend against patent infringement allegations and is not in a position to defend the accused digital cameras which are designed and manufactured by the digital camera manufacturers.[1]

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place telephonically on September 18, 2012, followed by an exchange of emails on September 26, 2012 and November 15, 2012.

---

[1] All of the digital camera manufacturers are in parallel proceedings pending before this Court.

1    DATED: December 27, 2012      Respectfully submitted,

2

3                                  /s/     Michael A. Geibelson
                                   Michael A. Geibelson
                                   Wesley W. Lew
4                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

5                                  Christopher K. Larus, *Pro Hac Vice Pending*
                                   Bryan J. Mechell, *Pro Hac Vice Pending*
6                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                   800 LaSalle Avenue
7                                  2800 LaSalle Plaza
                                   Minneapolis, MN 55402-2015
8
                                   **Attorneys for Defendants**
9                                  *BEST BUY CO., INC., BEST BUY STORES,
                                   L.P., AND BESTBUY.COM, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

83575662.2

BEST BUY'S NOTICE OF MOTION AND MOTION TO STAY