1  Michael A. Geibelson, SBN: 179970
   MAGeibelson@rkmc.com
2  Wesley W. Lew, SBN: 222351
   WWLew@rkmc.com
3  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East
4  Suite 3400
   Los Angeles, CA 90067-3208
5  Telephone: 310-552-0130
   Facsimile: 310-229-5800
6
   Christopher K. Larus, *Pro Hac Vice*
7  CKLarus@rkmc.com
   Bryan J. Mechell, *Pro Hac Vice*
8  BJMechell@rkmc.com
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
9  800 LaSalle Avenue
   2800 LaSalle Plaza
10 Minneapolis, MN 55402-2015
   Telephone: 612-349-8500
11 Facsimile: 612-339-4181

12 **Attorneys for Defendant**
   **BEST BUY CO., INC., BEST BUY STORES,**
13 **L.P., AND BESTBUY.COM, LLC**

14

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                    WESTERN DIVISION

19
   DIGITECH IMAGE                          Case No.
20 TECHNOLOGIES, LLC,                      SA CV 12-01669-ODW(MRWx)

21              Plaintiff,                 **DECLARATION OF MARIE**
        v.                                 **GRABLE IN SUPPORT OF BEST**
22                                         **BUY'S MOTION TO STAY**
   BEST BUY CO., INC., BEST BUY
23 STORES, L.P., and BESTBUY.COM,          Honorable Otis D. Wright, II
   LLC
24                                         HEARING DATE: January 28, 2013
              Defendant.                   HEARING TIME: 1:30 p.m.
25                                         Location: Courtroom 11, Spring Street
26

27

28
                                                    DECLARATION OF MARIE GRABLE ISO
                                -1-                      BEST BUY'S MOTION TO STAY

## MARIE GRABLE'S DECLARATION IN SUPPORT OF BEST BUY'S MOTION TO STAY

I, Marie Grable, declare as follows:

1. I am a Merchant Director at Best Buy Stores, L.P. and Best Buy.com, LLC ("Best Buy"). I have held this title for 6 years across several different product categories. I have personal knowledge of the facts set forth herein, except to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness to testify at further proceedings, I could and would competently do so.

2. My responsibilities as Merchant Director include overseeing the purchase and sales of digital cameras for Best Buy.

3. I am personally familiar with Best Buy's purchasing and sales of digital cameras.

4. I understand that Best Buy has been accused of patent infringement in this litigation for selling Canon, Nikon, Sony, Olympus, Pentax, Leica, Fujifilm, GE and Vivitar cameras. Best Buy purchases cameras directly from Canon, Nikon, Sony, Fujifilm and Olympus. Best Buy purchases GE cameras from General Imaging Company, Vivitar cameras directly from Sakar International, and Pentax cameras directly from Petra Industries. Leica cameras would either be purchased from distributors or sold by other retailers that are a part of Best Buy's online Marketplace. Leica cameras are currently only available on Bestbuy.com as part of the online Marketplace, and the sole accused Leica camera model is not among the cameras for sale.

5. Best Buy resells any of the accused cameras it purchases to customers as is.

6. Best Buy does not alter the internal operations, functional attributes, or technical specifications of these cameras.

7. Best Buy does not control the design, development or manufacture of

the accused cameras.

8. Best Buy does not have possession, custody or control of the proprietary documents of the camera manufacturers describing the operational attributes and technical specifications of the accused cameras.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 27th day of December, 2012, in Richfield, MN.

*Marie Grable* (signature)

Marie Grable

BEST BUY'S MOTION TO STAY