UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>BEST BUY CO., INC., BEST BUY STORES, L.P., and BESTBUY.COM, LLC<br>Defendant. | Case No. SA CV 12-01669-ODW(MRWx)<br>**[PROPOSED] ORDER GRANTING DEFENDANT BEST BUY'S MOTION TO STAY**<br>Honorable Otis D. Wright, II |

**ORDER**

The Court, having considered the papers and the arguments of counsel, finds that Defendant Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC's (collectively, "Best Buy") Motion to Stay is Granted.

Accordingly, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the case against Best Buy is stayed in its entirety.

SO **ORDERED**

[ALTERNATIVELY]

Accordingly, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the discovery with respect to Best Buy is stayed until the completion of invalidity and non-infringement discovery.

SO **ORDERED**

Dated:___________________

___________________________________
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE