| | |
|---|---|
| 1 | CHRISTOPHER P. BRODERICK (SBN 180254) |
| 2 | cbroderick@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 777 South Figueroa Street, Suite 3200<br>Los Angeles, California  90017 |
| 4 | Telephone:  +1-213-629-2020<br>Facsimile:   +1-213-612-2499 |
| 5 | Attorney for Defendants |
| 6 | BEST BUY CO., INC., BEST BUY STORES, L.P.<br>AND BESTBUY.COM, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEST BUY CO., INC., BEST BUY STORES, L.P. AND BESTBUY.COM, LLC,<br><br>　　　　Defendants. | Case No. SACV12-01669 ODW (MRWx)<br><br>**NOTICE OF APPEARANCE** |

1

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD: |
| 3 | PLEASE TAKE NOTICE THAT the following counsel herby appears as |
| 4 | counsel of record for defendants Best Buy Co., Inc., Best Buy Stores, L.P. and |
| 5 | Bestbuy.Com, LLC in the above-captioned matter.  All parties are hereby requested |
| 6 | to serve copies of all pleadings, papers and other communications in this action that |
| 7 | are intended for defendants Best Buy Co., Inc., Best Buy Stores, L.P. and |
| 8 | Bestbuy.Com, LLC on the counsel listed below: |

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
Email:       cbroderick@orrick.com

Dated:        March 27, 2013                    CHRISTOPHER P. BRODERICK
                                                Orrick, Herrington & Sutcliffe LLP


By:/s/ Christopher P. Broderick
       CHRISTOPHER P. BRODERICK
       Attorney for Defendants
       BEST BUY CO., INC., BEST BUY
       STORES, L.P. AND
       BESTBUY.COM, LLC