Lauren J. Dreyer
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4000

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>Plaintiff(s)<br>v.<br>Best Buy Co., Inc.; Best Buy Stores, LP; Bestbuy.com, LLC<br><br>Defendant(s). | CASE NUMBER<br>SA CV 12-01669-ODW (MRWx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Lauren J. Dreyer _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Best Buy Co., Inc.; Best Buy Stores, LP; Bestbuy.com ____ by whom I have been retained.

My business information is:
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
*Firm Name*

901 New York Avenue, NW
*Street Address*

Washington, DC 20001-4413
*City, State, Zip*

lauren.dreyer@finnegan.com
*E-Mail Address*

202.408.4000
*Telephone Number*

202.408.4400
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 10/31/2011 |
| District of Columbia | 02/04/2013 |

005600

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 8:12-cv-1153-ODW | Digitech v. AgfaPhoto, et al. | 9/7/2012 | 9/12/2012 |
| 8:12-cv-01678-ODW | Digitech v. Sony Corporation, et al. | 10/1/2012 | 10/24/2012 |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate __Michael C. Elmer__ as local counsel, whose business information is as follows:

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
*Firm Name*

2 Overlook Drive
*Street Address*

Newport Beach, CA  92657       michael.elmer@finnegan.com
*City, State, Zip*              *E-Mail Address*

949.715.5263                    650.849.6666
*Telephone Number*              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated __4/19/13__

Lauren J. Dreyer
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated __4/29/13__

Michael C. Elmer
*Designee's Name (please print)*

*Designee's Signature*

60366
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## LAUREN JARVIS DREYER

was on **FEBRUARY 4, 2013** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 17, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
(Deputy Clerk)

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**LAUREN JARVIS DREYER**

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2011.

I further certify that so far as the records of this office are concerned, LAUREN JARVIS DREYER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 10th day of April
A.D. 2013

By: _____
*Deputy Clerk*