Lauren J. Dreyer
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4000

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

MAY ? 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC <br><br> Plaintiff(s) <br><br> v. <br><br> Best Buy Co., Inc.; Best Buy Stores, LP; Bestbuy.com, LLC <br><br> Defendant(s). | CASE NUMBER: <br><br> SA CV 12-01669-ODW (MRWx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Lauren J. Dreyer__ , of __Finnegan, Henderson, Farabow, Garrett & Dunner, LLP__

    *Applicant's Name*                            *Firm Name / Address*

__(202) 408-4000__                       __lauren.dreyer@finnegan.com__

    *Telephone Number*                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person __Best Buy Co., Inc.; Best Buy Stores, LP; Bestbuy.com, LLC__

and the designation of __Michael C. Elmer 60366__

                          *Local Counsel Designee /State Bar Number*

of __FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER__ __2 Overlook Drive, Newport Beach, CA 92657__

                          *Local Counsel Firm / Address*

   __949.715.5263__                        __michael.elmer@finnegan.com__

    *Telephone Number*                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☒ GRANTED

    ☐ DENIED.  Fee shall be returned by the Clerk.

    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated   __5 - 3 - 13__                                     

                                    U. S. District Judge/U.S. Magistrate Judge