Lionel M. Lavenue, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
571.203.2700

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC <br><br> Plaintiff(s) <br> v. <br><br> Best Buy Co Inc; Best Buy Stores LP; Bestbuy.com LLC <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:12-cv-01669-ODW-MRW <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of   __Lionel M. Lavenue__   , of   __Finnegan, Henderson, Farabow, Garrett & Dunner, LLP__
         *Applicant's Name*                    *Firm Name / Address*

   __571.203.2700__                              __lionel.lavenue@finnegan.com__
      *Telephone Number*                               *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person   __Best Buy Co., Inc.; Best Buy Stores, LP; Bestbuy.com, LLC__

and the designation of   __Michael C. Elmer 60366__
                         *Local Counsel Designee /State Bar Number*

of   __FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER  2 Overlook Drive, Newport Beach, CA 92657__
                    *Local Counsel Firm / Address*

   __949.715.5263__                              __michael.elmer@finnegan.com__
      *Telephone Number*                               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☑ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

*[signature]*

Dated   May 8, 2013

U. S. District Judge/~~U.S. Magistrate Judge~~