| | |
|---|---|
| 1 | John J Edmonds (SBN 274200) |
| 2 | COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC |
| 3 | 1851 East First Street Suite 900 Santa Ana, CA 92705 |
| 4 | Telephone:   951.708.1237 Facsimile:    951.824.7901 |
| 5 | jedmonds@cepiplaw.com |
| 6 | |
| 7 | Attorney for Plaintiff DIGITECH IMAGE TECHNOLOGIES, LLC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, | Case No. 8:12-cv-01324-ODW (MRWx) CONSOLIDATED |
| Plaintiff, v. | |
| ELECTRONICS FOR IMAGING, ET AL. | |
| Defendants. | |
| ——————————————— | |
| DIGITECH IMAGE TECHNOLOGIES, LLC, | Case No. 8:12-cv-01669-ODW (MRWx) CONSOLIDATED |
| Plaintiff, v. | Hon. Otis D. Wright, II |
| BEST BUY CO., INC.; BEST BUY STORES, LP AND BESTBUY.COM, LLC | **JOINT MOTION TO DISMISS DEFENDANTS BEST BUY CO., INC., BEST BUY STORES, LP AND BESTBUY.COM, LLC** |
| Defendants. | |

WHEREAS, Plaintiff Digitech Image Technologies, LLC and Defendants Best Buy Co., Inc., Best Buy Stores, LP and BestBuy.com, LLC (collectively "Best Buy") have settled Plaintiff's claims for relief against Best Buy and Best Buy's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Best Buy, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Best Buy and Best Buy's counterclaims for relief against Plaintiff, with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  June 21, 2013

COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER PLLC
JOHN J. EDMONDS

By:   /s/ John J. Edmonds
       JOHN J. EDMONDS

Attorney for Plaintiff
DIGITECH IMAGE
TECHNOLOGIES, LLC

Dated:  June 21, 2013

ORRICK, HERRINGTON &
SUTCLIFFE LLP
CHRISTOPHER BRODERICK

By:   /s/ Christopher Broderick
       CHRISTOPHER BRODERICK

ATTORNEY FOR DEFENDANTS
BEST BUY CO., INC.; BEST BUY
STORES, LP AND BESTBUY.COM,
LLC

# CERTIFICATE OF SERVICE

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on June 21, 2013 the following document:

**JOINT MOTION TO DISMISS DEFENDANTS BEST BUY CO., INC.; BEST BUY STORES, LP AND BESTBUY.COM, LLC**

was sent on June 21, 2013 via the Court's CM/ECF system to all counsel of record in this action.

June 21, 2013                              /s/ John J. Edmonds
                                           John J. Edmonds

2