JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ELECTRONICS FOR IMAGING, ET AL.<br><br>　　　　Defendants.<br>_____ | Case No. 8:12-cv-01324-ODW (MRWx)<br>CONSOLIDATED |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BEST BUY CO., INC.; BEST BUY STORES, LP AND BESTBUY.COM, LLC<br><br>　　　　Defendants. | Case 8:12-cv-01669-ODW (MRWx)-**<br>CONSOLIDATED<br><br>Hon. Otis D. Wright, II<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS BEST BUY CO., INC., BEST BUY STORES, LP AND BESTBUY.COM, LLC** |

On this day, Plaintiff Digitech Image Technologies, LLC ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Best Buy Co., Inc., Best Buy Stores, LP and BestBuy.com, LLC (collectively "Best Buy") announced to the Court that they have settled Plaintiff's claims for relief against Best Buy and Best Buy's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Best Buy have therefore requested that the Court dismiss Plaintiff's claims for relief against Best Buy and Best Buy's counterclaims for relief against Plaintiff, with prejudice with all attorneys' fees, costs of court and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Best Buy and Best Buy's counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED**.

Dated: July 16, 2013

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1